JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOMINIC BRIAN LEBLUE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B. CATES, Warden,<br><br>　　　　　Respondent. | Case No. 2:21-cv-06414-RSWL-JDE<br><br>JUDGMENT |

　　Pursuant to the Order Summarily Dismissing Action, IT IS ADJUDGED that this action is dismissed without prejudice for Petitioner's failure to exhaust state remedies.

Dated: August 19, 2021

　　　　　　　　　　　　　　　　　　__/S/ RONALD S.W. LEW__
　　　　　　　　　　　　　　　　　　RONALD S. W. LEW
　　　　　　　　　　　　　　　　　　United States District Judge